

101 California Street
34th Floor
San Francisco, CA 94111
T +1 415 591 1000
F +1 415 591 1400

**JOAN B. TUCKER FIFE**
San Francisco Office Managing Partner
(415) 591-1513
jfife@winston.com

August 4, 2017

**<u>VIA ELECTRONIC FILING</u>**
The Honorable John E. Jones III
United States Judge for the Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

Re:   Roxberry, et al. v. Snyder's-Lance, Inc., et al.
      Case 1:16-cv-02009-JEJ

Your Honor:

The parties are in the process of resolving the issues raised during the last status conference and will submit a joint motion to the court regarding those issues by August 11, 2017.

Respectfully submitted,

*/s J. Chadwick Hatmaker*
Counsel for Plaintiffs

*/s Joan B. Tucker Fife*
Counsel for Defendants